**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| COLUMBIA GAS TRASMISSION, LLC )<br>)<br>    Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>GROVE AVENUE DEVELOPERS INC. )<br>)<br>    Defendant/Counterclaim Plaintiff. ) | Case No. 2:17cv483 |

**GROVE AVENUE'S MOTION TO**
**EXCLUDE THE EXPERT TESTIMONY OF ANDREW KVASNICKA**

Defendant and Counterclaim Plaintiff Grove Avenue Developers Inc. ("Grove Avenue"), by counsel and pursuant to Rule 702 of the Federal Rules of Evidence and Rule 37 of the Federal Rules of Civil Procedure, moves for entry of an order excluding Mr. Andrew Kvasnicka from testifying as an expert witness, or, in the alternative, limiting his testimony to issues properly disclosed in his expert reports. The law and argument in support of this Motion are contained in a contemporaneously filed Memorandum in Support.

**GROVE AVENUE DEVELOPERS INC.**

By:   /s/ Kevin A. Hoffman

Randy D. Singer, Esq. (Va. Bar #26501)
Kevin A. Hoffman, Esq. (Va. Bar #87632)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone:        (757) 301-9995
Facsimile:    (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Grove Avenue*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2018, I filed a true and exact copy of the foregoing via CM/ECF, which will send a notification of such filing to all counsel of record, including the following:

    Travis A. Sabalewski, Esq.
    Alison R. W. Toepp, Esq.
    REED SMITH LLP
    Riverfront Plaza – West Tower
    901 East Byrd Street, Suite 1700
    Richmond, VA 23219-4069
    Telephone: (804) 344-3400
    Facsimile: (804) 344-3410
    Email: tsabalewski@reedsmith.com
    Email: atoepp@reedsmith.com
    *Counsel for Columbia*

By: ____/s/ Kevin A. Hoffman_____

Randy D. Singer, Esq. (Va. Bar #26501)
Kevin A. Hoffman, Esq. (Va. Bar #87632)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone:      (757) 301-9995
Facsimile:   (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Grove Avenue*